```
              UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                   WESTERN DIVISION
```

WINFRED FORKNER, # K5766                                  PETITIONER

VS.                              CIVIL ACTION NO. 5:05cv162-DCB-MTP

CLIFTON KAHO, Warden, and
JIM HOOD, Attorney General                                DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of the Magistrate Judge that Winfred Forkner's Petition for Writ of Habeas Corpus [**docket entry no. 1**] and Amended Petition for Writ of Habeas Corpus [**docket entry no. 23**] be dismissed with prejudice, and the Court having adopted in full said Report and Recommendation over the Objection of the petitioner following a de novo review of those portions of the Report and Recommendation to which the petitioner objected; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Winfred Forkner's Petition for Writ of Habeas Corpus [**docket entry no. 1**] and Amended Petition for Writ of Habeas Corpus [**docket entry no. 23**] are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 21st day of July 2008.

                              s/ David Bramlette
                         **UNITED STATES DISTRICT JUDGE**